# Wytheville

C. C. SANDERLIN v. COMMONWEALTH OF VIRGINIA.

June 9, 1941.

Record No. 2426.

Present, Campbell, C. J., and Holt, Hudgins, Gregory, Eggleston and Spratley, JJ.

Error to a judgment of the Circuit Court of Norfolk county. Hon. A. B. Carney, judge presiding.

*Affirmed by equally divided court.*

*A. A. Bangel, L. S. Parsons* and *Tom E. Gilman,* for the plaintiff in error.

*Abram P. Staples, Attorney-General,* and *Walter E. Rogers, Special Assistant,* for the Commonwealth.